IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM A. HOLLAND, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NUMBER |
| | : 5:05-CV-236 (WDO) |
| JO ANN B. BARNHART, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER ON MOTION TO DISMISS

After reviewing Plaintiff's Motion to Dismiss without prejudice, it is hereby

**Ordered** that Plaintiff's Motion is hereby granted. This action is dismissed without prejudice.

**SO ORDERED** this 2ND day of December, 2005.

CLAUDE W. HICKS JR.
UNITED STATES MAGISTRATE JUDGE

Order Prepared By:

SHELLEY DAVIDSON
Attorney for Plaintiff
Georgia Bar No. 207050
P O Box 1797
Macon GA 31202-1797
(478) 745-1651